| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RICKY CALDWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00430-LJO-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER |

Ricky Caldwell ("plaintiff") is a state prisoner proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. On March 29, 2018, the court issued an order requiring plaintiff within forty-five (45) days to submit an application to proceed *in forma pauperis* or payment of the $400.00 filing fee. (Doc. No. 1.) Plaintiff has not responded. The court will direct plaintiff to show cause why this case should not be dismissed for failure to comply with a court order.

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty (30) days from the date of service of this order, plaintiff is directed to show cause why this action should not be dismissed for failure to comply with a court order.

    a. Plaintiff must file a written response to this order; and

1

   b.  Plaintiff must submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action.

  2.  Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   August 24, 2018        _____
                 UNITED STATES MAGISTRATE JUDGE